No. 89–1322. OKLAHOMA TAX COMMISSION *v.* CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA. C. A. 10th Cir. [Certiorari granted, *ante,* p. 806.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–79. KAY *v.* EHRLER ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 807.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 89–1632. CALIFORNIA *v.* HODARI D. Ct. App. Cal., 1st App. Dist. [Certiorari granted, *ante,* p. 807.] Motion for appointment of counsel granted, and it is ordered that James L. Lozenski, Esq., of Berkeley, Cal., be appointed to serve as counsel for respondent in this case.

No. 89–1862. MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS *v.* BLAIR. C. A. 9th Cir. [Certiorari granted, *ante,* p. 807.] Motion for appointment of counsel granted, and it is ordered that Paul E. Potter, Esq., of Pasadena, Cal., be appointed to serve as counsel for respondent in this case.

No. 89–1944. OHIO *v.* HUERTAS. Sup. Ct. Ohio. [Certiorari granted, *ante,* p. 807.] Motion for appointment of counsel granted, and it is ordered that Joann Bour-Stokes, Esq., of Columbus, Ohio, be appointed to serve as counsel for respondent in this case.

No. 89–1696. PEABODY COAL CO. ET AL. *v.* TAYLOR ET AL. C. A. 7th Cir. Motion of respondents to substitute Charles Martin, Personal Representative of the Estate of Hubert Taylor, deceased, in place of Hubert Taylor granted. Motion of respondent Martin for leave to proceed *in forma pauperis* granted. Motion to consolidate this case with No. 89–1714, *Pauley, Survivor of Pauley* v. *BethEnergy Mines, Inc., et al.;* No. 90–113, *Clinchfield Coal Co.* v. *Director, Office of Workers' Compensation Programs, United States Department of Labor, et al.;* and No. 90–114, *Consolidation Coal Co.* v. *Director, Office of Workers' Compensation Programs, United States Department of Labor, et al., infra,* denied.

No. 89–7272. HARMELIN *v.* MICHIGAN. Ct. App. Mich. [Certiorari granted, 495 U. S. 956.] Motion of petitioner to strike nonrecord material granted. Respondent is directed to reprint the brief.